# United States Bankruptcy Court
### District of Kansas

In re **My Sister's Closet LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **May 18, 2023** (date) by **/s/ Rachael Bargdill**

Rachael Bargdill (May 31, 2023 12:23 CDT)

**Rachael Bargdill** (debtor)