**Form odiptax** (Revised 11/14/2013)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23–20604                                    Chapter: 11

In re: (Name of Debtor)

My Sister's Closet LLC
331 E. Commercial St.
Waterville, KS 66548

EIN: 47–4387107

| **Entered By The Court**<br>**6/1/23** | ORDER TO DEBTOR IN POSSESSION RESPECTING REPORT AND<br>PAYMENT OF FEDERAL TAXES | **Filed By The Court**<br>**6/1/23**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

Upon ex parte motion of the United States Trustee for the District of Kansas, the Court, noting that operation the debtor's business is to be continued under the control of the debtor–in–possession and noting further applicable regulations of the Internal Revenue Service Code of the United States, determines that such debtor–in–possession should be and is hereby,

**ORDERED** to pay in full all withholding, Social Security, other federal taxes, and any applicable state taxes accruing during the pendency of this proceeding by timely deposits made with an approved depository bank, in the manner prescribed by the regulations of the Internal Revenue Code; such timely deposits to continue so long as the court retains jurisdiction of this case.

**IT IS FURTHER ORDERED** that at the time of making each such deposit of tax, the debtor–in–possession shall immediately notify the District Director of the:

**INTERNAL REVENUE SERVICE**

**ATTN Insolvency/Advisory**

**2850 NE Independence Ave**

**Stop 5334 LSM**

**Lees Summit MO 64064–2327**

of the date and place of the deposit and the amount of money deposited with respect to each item of federal tax. The notice may be accomplished by using a form provided by the said District Director.

**IT IS FURTHER ORDERED** that the debtor–in–possession shall also timely file all tax returns that come due during the pendency of this proceeding with the appropriate taxing authority.

Document 6

s/ Dale L. Somers
United States Bankruptcy Judge