# The One Bridal

## Balance Sheet
As of May 8, 2023

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Bank of America 1479 | 145.19 |
| Bank of Blue Valley 8689 | 5,185.92 |
| Community America Savings 2 #3408 | 10.00 |
| Community America Savings1 #3677 | 21.88 |
| Petty Cash/Drawer | 100.00 |
| Transfer Clearing | 0.00 |
| **Total Bank Accounts** | **$5,462.99** |
| Other Current Assets | |
| Due from The One Rack | 1,050.00 |
| INVENTORY ASSET | 1,197,919.65 |
| Inventory (Special Orders) | -429,328.92 |
| Inventory (Stock) | -73,206.62 |
| **Total INVENTORY ASSET** | **695,384.11** |
| Payroll Taxes Receivable | -113.52 |
| **Total Other Current Assets** | **$696,320.59** |
| **Total Current Assets** | **$701,783.58** |
| Fixed Assets | |
| Furniture and Equipment | 76,040.18 |
| Leasehold Improvements | 445,347.19 |
| **Total Fixed Assets** | **$521,387.37** |
| Other Assets | |
| Security Deposits Asset | 3,100.00 |
| **Total Other Assets** | **$3,100.00** |
| **TOTAL ASSETS** | **$1,226,270.95** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| American Express CC #1007 | 1,994.96 |
| Capital One Business 5103 | 74,109.86 |
| Capital One JW 5493 | -1,093.78 |
| CC CHASE #6883 | -411,436.02 |
| cc Ashley Chase | 642,114.91 |
| cc Russ Chase | -192,639.23 |
| **Total CC CHASE #6883** | **38,039.66** |
| Chase CC #1097 | 4,069.12 |
| Target CC #6060 | 5,712.62 |

Case 23-20605　Doc# 7　Filed 06/01/23　Page 1 of 2

Accrual Basis  Monday, May 8, 2023 02:33 PM GMT-05:00

# The One Bridal

## Balance Sheet

As of May 8, 2023

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | **$122,832.44** |
| Other Current Liabilities | |
| Customer Deposits - Special Order | 1,140,673.94 |
| Direct Deposit Liabilities | 0.00 |
| Forward Financing LOC | 0.00 |
| Fundbox LOC | 48,103.81 |
| Kalamata Capital 1135 | 74,375.09 |
| Lendr LOC 6777 | 42,324.32 |
| Payroll Liabilities | 0.00 |
| Cash Tips Payable | 389.24 |
| Payroll Insurance Payable | 0.00 |
| Payroll Reimbursement Payable | 0.00 |
| Payroll Tax Payable | 0.00 |
| Payroll Wages Payable | 3,017.17 |
| Wage Garnishment Payable | 10,463.56 |
| **Total Payroll Liabilities** | **13,869.97** |
| Sales Tax Payable | 149,649.95 |
| Sales Tax Paid | -80,893.69 |
| **Total Sales Tax Payable** | **68,756.26** |
| **Total Other Current Liabilities** | **$1,388,103.39** |
| **Total Current Liabilities** | **$1,510,935.83** |
| Long-Term Liabilities | |
| Accion Opportunity Loan | 3,076.58 |
| Community America Loan 2 #08-11 | 26,279.54 |
| Community America Loan1 #77-11 | 18,799.29 |
| Loan Payable to Michael Nolte | 35,042.37 |
| Shareholder Loan | 382,094.23 |
| Tenant Improvement Allowance | -21,563.05 |
| **Total Long-Term Liabilities** | **$443,728.96** |
| **Total Liabilities** | **$1,954,664.79** |
| Equity | |
| Opening Balance Equity | 0.00 |
| Retained Earnings | -999,143.55 |
| Shareholder Equity | |
| Shareholder Contributions | 274,331.90 |
| Shareholder Distributions | -19,887.48 |
| **Total Shareholder Equity** | **254,444.42** |
| Net Income | 16,305.29 |
| **Total Equity** | **$ -728,393.84** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,226,270.95** |

Accrual Basis  Monday, May 8, 2023 02:33 PM GMT-05:00