**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | | | |
|---|---|---|---|
| In re: | MY SISTER'S CLOSET LLC, | ) | Case No. 23-20604-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR
AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

**COMES NOW** My Sister's Closet LLC, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submits this Application for Employment of the law firm W M Law and its members to represent the Debtor in its Subchapter V Chapter 11 bankruptcy proceedings. In support of this Application the Debtor represents the following:

1.      On May 31, 2023, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.      The Debtor is an LLC with a principal place of business located at: 108 E. Commercial Street, Waterville, KS  66548.

3.      The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4.      Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as his counsel, and who have an office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5.      W M Law has experience in matters of this character and are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6.      W M Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

7.      W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8.      W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9.      W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10.     W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $300.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Paralegal, Douglas Sisson | $125.00 |
| Paralegal, Ana Van Noy | $125.00 |
| Paralegal, Betsy Hayman | $125.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11.     For entry in this Case, the W M Law has received from a retainer in the amount of $7,000.00, from the Debtor. The source of funds used for the retainer and filing fee were the Debtor's own funds. W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application. WM Law has earned a portion of those funds and used $1,738 of those funds to pay the Chapter 11 Filing Fee. The remaining balance is in trust, subject to court approval of fees.

12.     W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

13.     W M Law's post-Petition filing fees will not be paid unless: (a) Debtor has timely filed with the UST all required operating reports; (b) Debtor is current in payment of post-Petition taxes; and (c) Debtors is either current in payment of post-Petition creditors or has the financial capacity to make such payments.

14.     Attorney, Jeffrey L. Wagoner, President of W M Law, on behalf of W M Law and the above-

named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

WHEREFORE, the Debtor respectfully requests this Court's order approving the employment of Ryan A. Blay, Jeffrey L. Wagoner, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: June 1, 2023

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above Application for Employment of Attorneys for Debtor, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **6/22/2023,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, **July 13, 2023 at 1:46 pm.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Thursday, June 01, 2023 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

s/ Ryan A. Blay
Counsel for Debtor

Label Matrix for local noticing
1083-2
Case 23-20604
District of Kansas
Kansas City
Thu Jun  1 17:24:05 CDT 2023

My Sister's Closet LLC
331 E. Commercial St.
Waterville, KS 66548-8926

Brad Simonsson
100 Manhattan Town Center
CenterCal Properties LLC
Manhattan KS 66502-6001

Faire Wholesale, Inc.
300 California St Fl 7
San Francisco CA 94104-1415

Fora Financial Business Loans
1385 Broadway
15th Floor
New York NY 10018-6015

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Kansas Department of Revenue
915 SW Harrison
Topeka KS 66625-0002

Kansas Department of Revenue
PO Box 12005
Attn:  Civil Tax Enforcement
Topeka KS 66601-3005

(p)OFFICE OF THE UNITED STATES ATTORNEY
U S COURTHOUSE SUITE 290
444 SOUTHEAST QUINCY STREET
TOPEKA KS 66683-0002

Rachael Bargdill
331 E Commercial Street
Waterville KS 66548-8926

Shopify
151 O'Connor Street Ground Fl
Legal Dept, Ottawa, Ontario
Canada K2P 2L8

Syncb/Paypal
PO Box 965005
Orlando FL 32896-5005

Syncb/Paypal Credit Card
4125 Windward Plaza
Alpharetta GA 30005-8738

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UNITED STATES ATTORNEY'S OFFICE
500 STATE AVENUE SUITE 360
KANSAS CITY KS 66101-2400

US Small Business Administrati
10675 Bedford Ave
Ste. 100
District Counsel
Omaha NE 68134-3605

United States SBA
District Counsel
220 West Douglas Ave.
Ste. 450
Wichita KS 67202-3137

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

(d)JPMCB Card
PO Box 15369
Wilmington DE 19850

Office of US Attorney
US Courthouse, Ste. 290
444 Southeast Quincy Street
Topeka KS 66683-3592

US Attorney
500 State Ave, Ste. 360
Robert Dole US Courthosue
Kansas City KS 66101

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17