# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re:   MY SISTER'S CLOSET LLC     )   Case No. 23-20604-DLS
          Debtor and Debtor in Possession   )   Chapter 11 (Voluntary), Subchapter V

## STATEMENT UNDER PENALTY OF PERJURY REGARDING SMALL BUSINESS CASE FILED UNDER CHAPTER 11

I, Rachael Bargdill, on behalf of the Debtor, under oath and penalty of perjury hereby state the following:

1. I have provided my counsel with the most recent Federal Income Tax Return for the tax year 2021. I am still preparing returns for the Tax Year 2022. The tax returns were personal returns for myself and my husband, on which we listed the income of the Debtor on our schedule C.

2. I do not have a Statement of Operations, Balance Sheet, or Cash Flow Statement prepared.

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____
Rachael Bargdill (Jun 1, 2023 16:22 CDT)

Rachael Bargdill, Managing Member
President, My Sister's Closet LLC

Dated: June 1, 2023

1