**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  23–20604                                    Chapter:  11

In re:

My Sister's Closet LLC
331 E. Commercial St.
Waterville, KS 66548

| **Date Case was Filed**<br>**5/31/23** | **ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY** | **Filed and Entered By**<br>**The Court**<br>**6/1/23**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
| --- | --- | --- |

Debtor(s)' voluntary petition is missing the following document(s):

SB Balance Sheet
SB Cash Flow Stmt.

The missing document(s) must be filed within fourteen (14) days of the date the case was filed. Document(s) must be submitted using the latest version of the appropriate forms, available at: www.uscourts.gov.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 5

s/  Dale L. Somers
Judge, United States Bankruptcy Court

In re:                                                    Case No. 23-20604-DLS

My Sister's Closet LLC                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                    User: admin                    Page 1 of 1

Date Rcvd: Jun 01, 2023                 Form ID: ocvp                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

**Recip ID            Recipient Name and Address**
db           + My Sister's Closet LLC, 331 E. Commercial St., Waterville, KS 66548-8926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Ryan A Blay | |
| | on behalf of Debtor My Sister's Closet LLC blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | |
| | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 2