Form odiptax  (Revised 11/14/2013)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  23–20604                                  Chapter:  11

In re: (Name of Debtor)

My Sister's Closet LLC
331 E. Commercial St.
Waterville, KS 66548

EIN: 47–4387107

| | | |
|---|---|---|
| | | **Filed By The Court** |
| **Entered By The Court** | ORDER TO DEBTOR IN POSSESSION RESPECTING REPORT AND | **6/1/23** |
| **6/1/23** | PAYMENT OF FEDERAL TAXES | David D. Zimmerman |
| | | Clerk of Court |
| | | US Bankruptcy Court |

Upon ex parte motion of the United States Trustee for the District of Kansas, the Court, noting that operation the debtor's business is to be continued under the control of the debtor–in–possession and noting further applicable regulations of the Internal Revenue Service Code of the United States, determines that such debtor–in–possession should be and is hereby,

**ORDERED** to pay in full all withholding, Social Security, other federal taxes, and any applicable state taxes accruing during the pendency of this proceeding by timely deposits made with an approved depository bank, in the manner prescribed by the regulations of the Internal Revenue Code; such timely deposits to continue so long as the court retains jurisdiction of this case.

**IT IS FURTHER ORDERED** that at the time of making each such deposit of tax, the debtor–in–possession shall immediately notify the District Director of the:

**INTERNAL REVENUE SERVICE**

**ATTN Insolvency/Advisory**

**2850 NE Independence Ave**

**Stop 5334 LSM**

**Lees Summit MO 64064–2327**

of the date and place of the deposit and the amount of money deposited with respect to each item of federal tax. The notice may be accomplished by using a form provided by the said District Director.

**IT IS FURTHER ORDERED** that the debtor–in–possession shall also timely file all tax returns that come due during the pendency of this proceeding with the appropriate taxing authority.

Document 6

s/ Dale L. Somers
United States Bankruptcy Judge

In re:

Case No. 23-20604-DLS

My Sister's Closet LLC

Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: odiptax | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

**Recip ID**    **Recipient Name and Address**

db    + My Sister's Closet LLC, 331 E. Commercial St., Waterville, KS 66548-8926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2023 20:35:00 | Internal Revenue Service, 271 W 3rd St N Ste 3000, Stop 5333 WIC, Wichita, KS 67202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Ryan A Blay

    on behalf of Debtor My Sister's Closet LLC blay@wagonergroup.com
    bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

    ustpregion20.wi.ecf@usdoj.gov

TOTAL: 2