# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | | | |
|---|---|---|---|
| In re: | MY SISTER'S CLOSET LLC, | ) | Case No. 23-20604-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

## <u>SUBCHAPTER V STATUS CONFERENCE REPORT OF DEBTOR PURSUANT TO 11 U.S.C. §1188(c)</u>

**COMES NOW** Debtor, My Sister's Closet LLC (the "Debtor'), by and through Counsel, and for the Debtor's 11 U.S.C. §1188(c) Status Conference Report, as ordered in the Court's June 2, 2023, Order Scheduling Chapter 11 Subchapter V Status Conference and Directing Notice (Doc. #15), shows the Court as follows:

1.      The date the case was filed, and the date Debtor's counsel applied for appointment to represent the Debtor:

On May 31, 2023, Debtor filed the Petition under Chapter 11, Subchapter V.

On June 1, 2023, Debtor filed its Application to Employ WM Law as counsel.  An order was entered approving the employment on June 23, 2023 (Doc. #21)

2.      The name, address, and phone number of the trustee appointed to serve in this case under §1183:  Rob Messerli, 6917 Tomahawk Road, PO Box 8686, Prairie Village, KS  66208-2618.  Phone number:  913-662-3524.  E-mail address:  rob.messerli@gunrockvp.com

3.      The Debtor is a Debtor as defined in 11 U.S.C. §1182(1).  The Debts scheduled are less than $7,500,000, not less than 50 percent of which arose from the commercial or business activities of the debtor.  There have been no objections to the debtor's election to proceed under Subchapter V.

4.      The Debtor's Proposed Deadline for Filing Objections to Claims:  Tuesday, August 15, 2023.  This is two weeks prior to the deadline for the submission of the Subchapter V Plan of Reorganization.

5.      The Debtor's Proposed Deadline for Filing a Spreadsheet Report of Allowed and Disputed Claims by Class: Tuesday, August 29, 2023.  The Debtor does not anticipate objecting to any claims at this time.

6.      The Debtor's Proposed Deadline for Filing any Avoidance Actions:  The Debtor believes that the limitations on avoiding powers under 11 U.S.C. §546 governs.  Specifically, Section 546 provides that an action under 11 U.S.C. §§544-553 may not be commenced after … (2) the time the case is closed or dismissed.  (11 U.S.C. §546(a)(2)).

The Debtor will likely seek to administratively close this case upon entry of an order confirming the Subchapter V Plan of Reorganization and Substantial consummation thereto. Therefore, the Debtor currently proposes a deadline of Friday, December 29, 2023.

7. The Debtor's Proposed Deadline for filing a plan of reorganization, which under §1189(b) may not be later than 90 days after the order for relief unless ordered by the Court. The Debtor anticipates filing the Plan on or before **August 29, 2023.** Unless the Debtor and a creditor are in negotiations materially impacting the Plan, the Debtor does not anticipate seeking an extension of the deadline to file the Plan.

8. The Efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Thus far, only a single claim has been filed, by the Internal Revenue Service.

In order to seek consensual approval of the Plan, the Debtor anticipates soliciting ballots from the taxing authorities (the Internal Revenue Service) and any secured creditors whose debts are impaired, along with any other creditors who wish to participate in this process and file claims. The Debtor will seek to maximize the amount of secured creditors who are unimpaired to provide for as few solicitations as necessary.

Additional Information: .

9. Whether the initial financial report and other documentation required by the United States Trustee has been or will be filed, and whether the Debtor is current on the filing of monthly financial reports to the United States Trustee. The Debtor is not currently due for a Monthly Operating Report, with the first due in July 2023 covering the day of filing in May 2023 and all of June 2023. Counsel will assist with the initial preparation of operating reports. The Debtor has submitted materials requested prior to the Initial Debtor Interview but is unsure if the United States Trustee is seeking more information at this time.

10. Whether the Debtor's schedules have been filed in substantially complete form. **Answer:** Yes, the Debtor believes there may be amendments necessary, which would likely be filed after the Section 341 Meeting of Creditors, but that all schedules have been filed in substantially complete form.

11. Whether the Debtor is current on all tax filings, and if not, which returns are outstanding and when they will be filed.

**Answer:** The Debtor believes it is current on tax filings. The Internal Revenue Service indicates that FICA tax withholding claims are estimated for the tax period of 12/31/2021 and 03/31/2023.

12. Whether the Debtor has given notice of the case to financial institutions, utility companies, landlords, and insurers.

**Answer:** The Debtor believes that the landlord scheduled has notice and is currently unsure about utility companies financial institutions (with the exception of its creditors) and has not, to its knowledge, advised its insurer but is willing to for satisfaction of the Court.

13. Whether the Debtor has reviewed and is complying with the record keeping and reporting duties in Federal Rule of Bankruptcy Procedure 2015(a)(2), (3), (4) and (6) and Interim D. Kan. LBR 2015.1.

**Answer:** The Debtor has reviewed such rules (with the exception of Interim D. Kan LBR 2015.1, which does not appear on the Bankruptcy Court's website) and believes it is in compliance.

14. The Debtor's projections for financial operations for the first 120 days of this case.

**Answer:** This information shall be provided on or before the date of the Scheduling Conference

15. The Debtors' financial history for the three (3) years prior to the filing of the petition (annual figures)

**Answer:** This information shall be provided on or before the date of the Scheduling Conference

16. The expected budget for professionals in this case and whether the trustee anticipates the need for retention of professionals.

**Answer:** This information shall be provided on or before the date of the Scheduling Conference

17. The problems which require resolution through the bankruptcy process.

**Answer:** This information shall be provided on or before the date of the Scheduling Conference.

Dated: June 29, 2023

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR & Debtor-in- Possession

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 29, 2023, the foregoing was delivered via e-mail to the effected parties who are registered to receive electronic notice via ECF, including the United States Trustee and the duly appointed Subchapter V Trustee, and regular 1st-class, postage prepaid to the parties listed below that are not registered to receive ECF notice.

[See attached mailing matrix]

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 23-20604
District of Kansas
Kansas City
Thu Jun  1 17:24:05 CDT 2023

My Sister's Closet LLC
331 E. Commercial St.
Waterville, KS 66548-8926

Brad Simonsson
100 Manhattan Town Center
CenterCal Properties LLC
Manhattan KS 66502-6001

Faire Wholesale, Inc.
300 California St Fl 7
San Francisco CA 94104-1415

Fora Financial Business Loans
1385 Broadway
15th Floor
New York NY 10018-6015

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Kansas Department of Revenue
915 SW Harrison
Topeka KS 66625-0002

Kansas Department of Revenue
PO Box 12005
Attn:  Civil Tax Enforcement
Topeka KS 66601-3005

(p)OFFICE OF THE UNITED STATES ATTORNEY
U S COURTHOUSE SUITE 290
444 SOUTHEAST QUINCY STREET
TOPEKA KS 66683-0002

Rachael Bargdill
331 E Commercial Street
Waterville KS 66548-8926

Shopify
151 O'Connor Street Ground Fl
Legal Dept, Ottawa, Ontario
Canada K2P 2L8

Syncb/Paypal
PO Box 965005
Orlando FL 32896-5005

Syncb/Paypal Credit Card
4125 Windward Plaza
Alpharetta GA 30005-8738

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UNITED STATES ATTORNEY'S OFFICE
500 STATE AVENUE SUITE 360
KANSAS CITY KS 66101-2400

US Small Business Administrati
10675 Bedford Ave
Ste. 100
District Counsel
Omaha NE 68134-3605

United States SBA
District Counsel
220 West Douglas Ave.
Ste. 450
Wichita KS 67202-3137

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

(d)JPMCB Card
PO Box 15369
Wilmington DE 19850

Office of US Attorney
US Courthouse, Ste. 290
444 Southeast Quincy Street
Topeka KS 66683-3592

US Attorney
500 State Ave, Ste. 360
Robert Dole US Courthosue
Kansas City KS 66101

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17