**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 23rd day of June, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | The One Bridal, LLC | ) | CASE NO. 23-20605-DLS11 |
| | Debtor | ) | CHAPTER 11 (Voluntary), Subchapter V |

### ORDER GRANTING APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT, DOC. #9

On **July 1, 2023,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 9,** the Application for Employment of Attorneys for the Debtor and Preliminary Approval of Fee Arrangement (the "Application"). The Court finds that the Application, having been noticed with an opportunity for hearing, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is GRANTED hereby ordering that:

1. WM Law is found to be an unbiased disinterested party as defined under 11 U.S.C. Sec. 101(14), which does not hold any interest adverse to the Debtor or the Debtor's Estate in this Case, and WM Law's employment is to be the best interest of the estate.

2. WM Law firm is hereby employed as Counsel for the Debtor.

3. The Attorneys and Paralegals of WM Law named in the Application are approved to perform work on this Case on behalf of the Debtor at a rate of $300.00 per hour for attorneys, and $125.00 per hour for paralegals.

4. WM Law is permitted to apply for reimbursement of any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which are to be disclosed on future interim reports and/or application(s) for compensation.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION