**SO ORDERED.**

**SIGNED this 14th day of July, 2023.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**DIVISION OF KANSAS CITY**

| | | | |
|---|---|---|---|
| In re: | MY SISTER'S CLOSET | ) | Case No. 23-20604-DLS11 |
| | Debtor and | ) | Chapter 11 (Voluntary) |
| | Debtor-in-Possession | ) | Subchapter V |

**ORDER GRANTING DEBTOR'S SUBCHAPTER V STATUS CONFERENCE REPORT OF**
**DEBTOR PURSUANT TO 11 U.S.C. Sec. 1188(c), DOC NO. 23**

**On 6/29/2023**, Debtor filed **Document No. 23,** the Subchapter V Status Report Pursuant to 11 U.S.C. Sec. 1188(c) (the "Report"). The Court finds that the Report, having been noticed for hearing, with no objections filed, and having held a hearing on the matter, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Report is GRANTED hereby ordering the following deadlines:

a) 8/15/2023 is the deadline for Filing Objections to Proofs of Claim;

b) 8/29/2023 is the deadline for Debtor to file a Spreadsheet Report of Allowed and Disputed Claims by Class;

c) 8/29/2023 is the deadline for Debtor to file a Plan of Reorganization; and

d) 12/29/2023 is the deadline for Debtor, or any parties in interest, to file any Avoidance Actions under 11 U.S.C. §§544-553.

**IT IS SO ORDERED.**


### 

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)