U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
7/13/2023
Hon. Dale L. Somers Presiding
TELEPHONICALLY

01:46 PM

---

Case Information:

23-20604 My Sister's Closet LLC   Chapter: 11

Judge: DLS   Filed: 05/31/2023   Pln Confirmed:

---

Appearances:
- ✓ Ryan A Blay representing My Sister's Closet LLC (Debtor)
- ✓ Robbin L Messerli (Trustee)
- ✓ John Nemecek representing U.S. Trustee

---

Issue(s):

[1] Chapter 11 Small Business, SubChapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by My Sister's Closet LLC Chapter 11 Plan due by 08/29/2023. Debtor Declaration Re: Electronic Filing due by 06/7/2023.

Notes/Decision:

---

Status report reviewed.

Scheduling Order by Mr. Blay

_____

Courtroom Deputy: Shawna Taylor
ECRO Reporter:  Toni Brady