**SO ORDERED.**

**SIGNED this 14th day of July, 2023.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## DIVISION OF KANSAS CITY

| | | |
|---|---|---|
| In re: MY SISTER'S CLOSET | ) | Case No. 23-20604-DLS11 |
| Debtor and | ) | Chapter 11 (Voluntary) |
| Debtor-in-Possession | ) | Subchapter V |

## ORDER GRANTING DEBTOR'S SUBCHAPTER V STATUS CONFERENCE REPORT OF DEBTOR PURSUANT TO 11 U.S.C. Sec. 1188(c), DOC NO. 23

**On 6/29/2023**, Debtor filed **Document No. 23,** the Subchapter V Status Report Pursuant to 11 U.S.C. Sec. 1188(c) (the "Report"). The Court finds that the Report, having been noticed for hearing, with no objections filed, and having held a hearing on the matter, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Report is GRANTED hereby ordering the following deadlines:

a) 8/15/2023 is the deadline for Filing Objections to Proofs of Claim;

b) 8/29/2023 is the deadline for Debtor to file a Spreadsheet Report of Allowed and Disputed Claims by Class;

c) 8/29/2023 is the deadline for Debtor to file a Plan of Reorganization; and

d) 12/29/2023 is the deadline for Debtor, or any parties in interest, to file any Avoidance Actions under 11 U.S.C. §§544-553.

**IT IS SO ORDERED.**

###

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

In re:

My Sister's Closet LLC

    Debtor

Case No. 23-20604-DLS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + My Sister's Closet LLC, 331 E. Commercial St., Waterville, KS 66548-8926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

**Name**      **Email Address**

John Nemecek
     on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman
     on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Richard A Kear
     on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Robbin L Messerli
     rob.messerli@gunrockvp.com RMesserli@ecf.axosfs.com

Ryan A Blay
     on behalf of Debtor My Sister's Closet LLC blay@wagonergroup.com
     bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee
     ustpregion20.wi.ecf@usdoj.gov