**Fill in this information to identify the case:**

Debtor Name  My Sister's Closet LLC

United States Bankruptcy Court for the: District of Kansas

Case number: 23-20604

❏ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11       **12/17**

Month:  June 2023

Date report filed: 08/21/2023
MM / DD / YYYY

Line of business:  Clothing sales - retail

NAISC code: 4581

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Rachael Bargdill

Original signature of responsible party  _____

Printed name of responsible party  Rachael Bargdill

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Case 23-20604   Doc# 29   Filed 08/29/23   Page 1 of 24

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 27,409.54

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 27,438.50

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -28.96

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 5,258.40

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*　　　　　　Sales Taxes, incurred June 2023

    $ ___
    $1,796.40_____

Case 23-20604　Doc# 29　Filed 08/29/23　Page 2 of 24

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____0_____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                            _____9_____

27. What is the number of employees as of the date of this monthly report?                              _____8_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____0.00

30. How much have you paid this month in other professional fees?                                        $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                       $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | Column C **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 27,409.54 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 27,438.50 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -28.96 | = | $ _____ |

35. Total projected cash receipts for the next month:                                                    $ _____

36. Total projected cash disbursements for the next month:                                             − $ _____

37. Total projected net cash flow for the next month:                                                  = $ _____

Case 23-20604    Doc# 29    Filed 08/29/23    Page 3 of 24

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Case 23-20604     Doc# 29     Filed 08/29/23     Page 4 of 24

# Transaction History

# MSC - INCOME - Checking

Available Balance
$2,675.84

## Current Balance
$4,263.26

| Customer | 603311 | Account | ****0370 |
|---|---|---|---|

**Last Deposit Date**

07/11/2023

| Last Deposit Amount | $1,405.63 | Last Statement Date | 06/30/2023 |
|---|---|---|---|

| Last Statement Balance | $3,598.32 |
|---|---|

## You are currently viewing all transactions from 6/1/2023 to 6/30/2023

| Date | Type | Description | Debits | Credits |
|---|---|---|---|---|
| 6/30/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 WWW.EZENANA.COM LOS ANGELES, CA MCI 8410 | ($844.24) | |
| 6/30/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 LOVERVET BY VERV FAIRE SAN FRANCISCO, CA MCI 8410 | ($582.03) | |
| 6/30/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 TRENDSI CITY OF INDUS, CA MCI 8410 | ($66.17) | |
| 6/30/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 TRENDSI CITY OF INDUS, CA MCI 8410 | ($29.38) | |
| 6/30/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-Y4K1Y6O3Y3I0 | | $254.30 |
| 6/30/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-F6X3K8P0P3M9 | | $371.68 |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-28 CULTURE CODE FAIRE SAN FRANCISCO, CA MCI 8410 | ($396.44) | |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-28 TRENDSI CITY OF INDUS, CA MCI 8410 | ($48.05) | |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-28 TRENDSI CITY OF INDUS, CA MCI 8410 | ($42.96) | |
| 6/29/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-C4Y4J8B4B7B8 | | $94.05 |

Case 23-20604    Doc# 29    Filed 08/29/23    Page 5 of 24

| Date | Type | Description | Amount | Amount |
|---|---|---|---|---|
| 6/29/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-N8N4J2G2Z2U6 | | $523.63 |
| 6/29/2023 | ACH DEPOSIT | SEZZLE My Sisters Closet ACH CREDIT Payout | | $78.98 |
| 6/28/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19239449 | ($193.48) | |
| 6/28/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19276035 | ($45.28) | |
| 6/28/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19258422 | ($44.27) | |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 MICA DENIM FAIRE SAN FRANCISCO, CA MCI 8410 | ($674.24) | |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 ROWDY CROWD CLOT FAIRE SAN FRANCISCO, CA MCI 8410 | ($132.19) | |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 ROSS STORES #2162 MANHATTAN, KS MCI 8410 | ($119.75) | |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 TRENDSI CITY OF INDUS, CA MCI 8410 | ($84.51) | |
| 6/28/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-Z6X6X7G0V9M3 | | $346.82 |
| 6/28/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-A8C7V3R3Z3Q0 | | $148.11 |
| 6/28/2023 | ACH DEPOSIT | SEZZLE My Sisters Closet ACH CREDIT Payout | | $340.50 |
| 6/27/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19215915 | ($152.71) | |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 POL CLOTHING FAIRE SAN FRANCISCO, CA MCI 8410 | ($60.52) | |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 TRENDSI CITY OF INDUS, CA MCI 8410 | ($36.82) | |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 TRENDSI CITY OF INDUS, CA MCI 8410 | ($31.31) | |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 TRENDSI CITY OF INDUS, CA MCI 8410 | ($16.53) | |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 TRENDSI CITY OF INDUS, CA MCI 8410 | ($15.30) | |

| Date | Type | Description | Amount | Amount |
|---|---|---|---|---|
| 6/27/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-M6Q9R2H0T0N1 | | $1,778.45 |
| 6/27/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-P6E7Q4J7N3R6 | | $1,893.51 |
| 6/27/2023 | ACH DEPOSIT | SHOPPAYINST AFRM MySister'sClosetKansas ACH CREDIT PAYMENTS 1EPXT3BVUMV040R | | $57.10 |
| 6/26/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19192967 | ($69.29) | |
| 6/26/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($1,500.00) | |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-23 JADELYNN BROOKE FAIRE SAN FRANCISCO, CA MCI 8410 | ($337.65) | |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-24 TRENDSI CITY OF INDUS, CA MCI 8410 | ($269.37) | |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-25 MICA DENIM FAIRE SAN FRANCISCO, CA MCI 8410 | ($155.59) | |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-24 COLOR ALIEN FAIRE SAN FRANCISCO, CA MCI 8410 | ($132.30) | |
| 6/26/2023 | POINT OF SALE DEBIT | POS PYMT 06-23 SP AFF TAASINC2 SAN FRANCISCO, CA PUL 8410 | ($51.81) | |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-24 TRENDSI CITY OF INDUS, CA MCI 8410 | ($33.32) | |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-25 TRENDSI CITY OF INDUS, CA MCI 8410 | ($21.38) | |
| 6/26/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-J5X3R9F7V3Y1 | | $355.85 |
| 6/26/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-P9L7C1B7O2X7 | | $339.24 |
| 6/26/2023 | ACH DEPOSIT | SEZZLE My Sisters Closet ACH CREDIT Payout | | $68.02 |
| 6/23/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19162704 | ($30.66) | |
| 6/23/2023 | POINT OF SALE DEBIT | PURCHASE 06-22 ACTING PRO FAIRE SAN FRANCISCO, CA MCI 8410 | ($233.25) | |
| 6/23/2023 | POINT OF SALE DEBIT | PURCHASE 06-22 HEIMISH FAIRE SAN FRANCISCO, CA MCI 8410 | ($230.61) | |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/23/2023 | POINT OF SALE DEBIT | PURCHASE 06-22 NINEXIS FAIRE SAN FRANCISCO, CA MCI 8410 | ($188.00) |
| 6/23/2023 | POINT OF SALE DEBIT | PURCHASE 06-22 FUNTEZE FAIRE SAN FRANCISCO, CA MCI 8410 | ($184.56) |
| 6/23/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-J6L0B0F2M2B7 | $375.40 |
| 6/23/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-W1L6X4F3E9H9 | $108.71 |
| 6/22/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19077668 | ($210.23) |
| 6/22/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19131571 | ($75.45) |
| 6/22/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19113509 | ($51.28) |
| 6/22/2023 | ACH WITHDRAWAL | DISCOVER BARGDILL RACHAEL ACH DEBIT PAYMENTS 3538 | ($40.00) |
| 6/22/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19096499 | ($36.30) |
| 6/22/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($1,500.00) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 TRENDSI CITY OF INDUS, CA MCI 8410 | ($80.62) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 SUMUP *SUNFLOWER MEDIC MARYSVILLE, KS MCI 8410 | ($64.00) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 TRENDSI CITY OF INDUS, CA MCI 8410 | ($28.66) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 TRENDSI CITY OF INDUS, CA MCI 8410 | ($27.60) |
| 6/22/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-Q0B2G5V6S4T0 | $208.50 |
| 6/22/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-E1G2T1S5T1O5 | $332.66 |
| 6/22/2023 | ACH DEPOSIT | SEZZLE My Sisters Closet ACH CREDIT Payout | $2,673.98 |
| 6/21/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19053786 | ($121.71) |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/21/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 POL CLOTHING FAIRE SAN FRANCISCO, CA MCI 8410 | ($209.76) |
| 6/21/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 RUSTEE CLOTHING FAIRE SAN FRANCISCO, CA MCI 8410 | ($171.00) |
| 6/21/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 ACCITY FAIRE SAN FRANCISCO, CA MCI 8410 | ($160.25) |
| 6/21/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 TRENDSI CITY OF INDUS, CA MCI 8410 | ($44.69) |
| 6/21/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 TRENDSI CITY OF INDUS, CA MCI 8410 | ($36.72) |
| 6/21/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 TRENDSI CITY OF INDUS, CA MCI 8410 | ($19.53) |
| 6/21/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-N5V8M3V7B6F9 | $497.86 |
| 6/21/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-P3F6U3V8U6I0 | $2,012.32 |
| 6/20/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19027700 | ($71.07) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 WWW.EZENANA.COM LOS ANGELES, CA MCI 8410 | ($1,062.22) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 SP TAASINC2 CARROLLTON, TX MCI 8410 | ($542.12) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-18 SUPREME FASHION FAIRE SAN FRANCISCO, CA MCI 8410 | ($305.40) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-18 EMERALD COLLECTI FAIRE SAN FRANCISCO, CA MCI 8410 | ($281.97) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 WWW.EZENANA.COM LOS ANGELES, CA MCI 8410 | ($127.22) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-18 HANA FAIRE SAN FRANCISCO, CA MCI 8410 | ($126.66) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 TRENDSI CITY OF INDUS, CA MCI 8410 | ($48.56) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 TRENDSI CITY OF INDUS, CA MCI 8410 | ($41.09) |

| Date | Type | Description | Amount | Amount |
|---|---|---|---|---|
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 TIME CLOCK WIZARD INC 8662087618, NY MCI 8410 | ($34.90) | |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 TRENDSI CITY OF INDUS, CA MCI 8410 | ($31.43) | |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 SP ROWDYRIDGECO JEWELL, KS MCI 8410 | ($26.88) | |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-19 FAIRE INSIDER SAN FRANCISCO, CA MCI 8410 | ($19.99) | |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 MARYICIOUS SNACKS N MO MARYSVILLE, KS MCI 8410 | ($9.36) | |
| 6/20/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-W2Q3V8P1O8M3 | | $146.63 |
| 6/20/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-H5Y3M6G1Y1Q0 | | $317.91 |
| 6/16/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 19000371 | ($82.96) | |
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-15 KIDS CHARM ONLIN FAIRE SAN FRANCISCO, CA MCI 8410 | ($214.92) | |
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-15 FLOOPI FAIRE SAN FRANCISCO, CA MCI 8410 | ($123.97) | |
| 6/16/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-Y1Q9K3L1T8X7 | | $321.85 |
| 6/16/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-W6U5X6L2W2S1 | | $346.23 |
| 6/15/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18977688 | ($68.92) | |
| 6/15/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($2,000.00) | |
| 6/15/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($1,000.00) | |
| 6/15/2023 | POINT OF SALE DEBIT | PURCHASE 06-14 FASHIONGO* SEEANDBESEE LOS ANGELES, CA MCI 8410 | ($633.25) | |
| 6/15/2023 | POINT OF SALE DEBIT | PURCHASE 06-14 TRENDSI CITY OF INDUS, CA MCI 8410 | ($89.68) | |
| 6/15/2023 | POINT OF SALE DEBIT | PURCHASE 06-14 TRENDSI CITY OF INDUS, CA MCI 8410 | ($50.08) | |

| Date | Type | Description | Amount | |
|---|---|---|---|---|
| 6/15/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-K4Q0G3W4E9F7 | | $111.41 |
| 6/15/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-T8D4G7F2O7W1 | | $279.35 |
| 6/15/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX7480 Internet Banking Transaction | | $5,000.00 |
| 6/14/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18919390 | ($219.17) | |
| 6/14/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18956052 | ($84.36) | |
| 6/14/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18938448 | ($32.62) | |
| 6/14/2023 | POINT OF SALE DEBIT | PURCHASE 06-13 EMERALD COLLECTI FAIRE SAN FRANCISCO, CA MCI 8410 | ($456.95) | |
| 6/14/2023 | POINT OF SALE DEBIT | PURCHASE 06-13 RUSTEE CLOTHING FAIRE SAN FRANCISCO, CA MCI 8410 | ($313.50) | |
| 6/14/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-S4K5Q9Z4N4X0 | | $286.30 |
| 6/14/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-Y8U6B1U6Z5B1 | | $483.48 |
| 6/13/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18895950 | ($187.98) | |
| 6/13/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($1,000.00) | |
| 6/13/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($500.00) | |
| 6/13/2023 | POINT OF SALE DEBIT | PURCHASE 06-12 DM MERCHANDISING FAIRE SAN FRANCISCO, CA MCI 8410 | ($443.60) | |
| 6/13/2023 | ELECTRONIC DEBIT | TO XXXXXXXX7480 Internet Banking Transaction | ($200.00) | |
| 6/13/2023 | POINT OF SALE DEBIT | PURCHASE 06-12 LOVE AND REPEAT FAIRE SAN FRANCISCO, CA MCI 8410 | ($199.69) | |
| 6/13/2023 | POINT OF SALE DEBIT | PURCHASE 06-12 TRENDSI CITY OF INDUS, CA MCI 8410 | ($29.08) | |
| 6/13/2023 | POINT OF SALE DEBIT | PURCHASE 06-12 TRENDSI CITY OF INDUS, CA MCI 8410 | ($14.07) | |
| 6/13/2023 | REGULAR DEPOSIT | REGULAR DEPOSIT | | $282.68 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/13/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-Y3C1W6D1Q1J8 | $804.77 |
| 6/13/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-O5J0O9C2O0W5 | $2,065.00 |
| 6/12/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18873041 | ($101.70) |
| 6/12/2023 | POINT OF SALE DEBIT | PURCHASE 06-09 TST* HUHOT MONGOLIAN G MANHATTAN, KS MCI 8410 | ($59.80) |
| 6/12/2023 | POINT OF SALE DEBIT | PURCHASE 06-09 SPORT CLIPS - KS302 - MANHATTAN, KS MCI 8410 | ($55.00) |
| 6/12/2023 | POINT OF SALE DEBIT | PURCHASE 06-09 TRENDSI CITY OF INDUS, CA MCI 8410 | ($54.17) |
| 6/12/2023 | POINT OF SALE DEBIT | PURCHASE 06-10 ACCITY FAIRE SAN FRANCISCO, CA MCI 8410 | ($33.45) |
| 6/12/2023 | POINT OF SALE DEBIT | PURCHASE 06-09 TRENDSI CITY OF INDUS, CA MCI 8410 | ($26.13) |
| 6/12/2023 | POINT OF SALE DEBIT | PURCHASE 06-09 TRENDSI CITY OF INDUS, CA MCI 8410 | ($15.97) |
| 6/12/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-R4R8R7F1Y9L6 | $317.68 |
| 6/12/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-A6S7Q5T2T3U0 | $510.76 |
| 6/9/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18845910 | ($90.89) |
| 6/9/2023 | POINT OF SALE DEBIT | PURCHASE 06-08 BLU PEPPER FAIRE SAN FRANCISCO, CA MCI 8410 | ($407.34) |
| 6/9/2023 | POINT OF SALE DEBIT | PURCHASE 06-08 WWW.EZENANA.COM LOS ANGELES, CA MCI 8410 | ($262.88) |
| 6/9/2023 | ELECTRONIC DEBIT | TO XXXXXXXX7480 Internet Banking Transaction | ($150.00) |
| 6/9/2023 | POINT OF SALE DEBIT | PURCHASE 06-08 DOLLAR GENERAL #15452 BLUE RAPIDS, KS PPE 8410 | ($43.65) |
| 6/9/2023 | POINT OF SALE DEBIT | PURCHASE 06-08 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 8410 | ($41.54) |
| 6/9/2023 | POINT OF SALE DEBIT | PURCHASE 06-08 TRENDSI CITY OF INDUS, CA MCI 8410 | ($37.55) |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/9/2023 | POINT OF SALE DEBIT | PURCHASE 06-08 WENDY'S 11020 MANHATTAN, KS PPE 8410 | ($26.20) | |
| 6/9/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-I9J0K3C3Z7G4 | | $106.03 |
| 6/9/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-I2T1Y1A6F7C2 | | $440.01 |
| 6/8/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18823398 | ($83.52) | |
| 6/8/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-E0E6P7C4V7A6 | | $194.66 |
| 6/8/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-Y1B9Y4N7J5A3 | | $408.16 |
| 6/7/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18772313 | ($85.86) | |
| 6/7/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18753354 | ($76.45) | |
| 6/7/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT SHOPIFY 18789870 | ($60.98) | |
| 6/7/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($500.00) | |
| 6/7/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($500.00) | |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 NINEXIS FAIRE SAN FRANCISCO, CA MCI 8410 | ($328.00) | |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 TAPMANGO SUB BUFFALO GROVE, IL MCI 8410 | ($319.00) | |
| 6/7/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($300.00) | |
| 6/7/2023 | ELECTRONIC DEBIT | TO XXXXXXXX7480 Internet Banking Transaction | ($300.00) | |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-07 TAPMANGO SMSOVERAG BUFFALO GROVE, IL MCI 8410 | ($233.68) | |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 SHOP BASIC USA FAIRE SAN FRANCISCO, CA MCI 8410 | ($153.35) | |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 TRENDSI CITY OF INDUS, CA MCI 8410 | ($74.37) | |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 WENDY'S #11145 CLAY CENTER, KS PPE 8410 | ($29.94) | |

Case 23-20604    Doc# 29    Filed 08/29/23    Page 13 of 24

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 DOLLAR-GENERAL #2481 CLAY CENTER, KS MCI 8410 | ($15.58) |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-05 CHICK-FIL-A #03278 MANHATTAN, KS MCI 8410 | ($10.85) |
| 6/7/2023 | POINT OF SALE DEBIT | PURCHASE 06-06 WENDY'S #11145 CLAY CENTER, KS PPE 8410 | ($3.27) |
| 6/7/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-W1M7O5J5Z3O1 | $274.81 |
| 6/7/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-T8U4P3Z7L3P3 | $329.26 |
| 6/6/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT RRIOOEJUX 18729229 | ($122.35) |
| 6/6/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($500.00) |
| 6/6/2023 | POINT OF SALE DEBIT | PURCHASE 06-05 VANILLA MONKEY FAIRE SAN FRANCISCO, CA MCI 8410 | ($474.00) |
| 6/6/2023 | POINT OF SALE DEBIT | PURCHASE 06-04 BATH AND BODY WORKS 39 MANHATTAN, KS MCI 8410 | ($47.35) |
| 6/6/2023 | POINT OF SALE DEBIT | PURCHASE 06-05 TRENDSI CITY OF INDUS, CA MCI 8410 | ($39.27) |
| 6/6/2023 | POINT OF SALE DEBIT | PURCHASE 06-04 SCOOTER'S COFFEE #260 MANHATTAN, KS MCI 8410 | ($6.81) |
| 6/6/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-U2C4R0V2I5V3 | $868.11 |
| 6/6/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-T6G0X0X8M2H5 | $1,456.93 |
| 6/5/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT R7BW6FOWU 18706216 | ($144.16) |
| 6/5/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($500.00) |
| 6/5/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($200.00) |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-02 WWW.EZENANA.COM LOS ANGELES, CA MCI 8410 | ($197.68) |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-02 TRENDSI CITY OF INDUS, CA MCI 8410 | ($113.16) |

| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 LOVE AND REPEAT FAIRE SAN FRANCISCO, CA MCI 8410 | ($61.32) | |
|---|---|---|---|---|
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-04 WAL-MART #0035 MANHATTAN, KS PPE 8410 | ($44.57) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 TST* HUHOT MONGOLIAN G MANHATTAN, KS MCI 8410 | ($34.90) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-02 TRENDSI CITY OF INDUS, CA MCI 8410 | ($26.10) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 5GUYS 1761 QSR MANHATTAN, KS MCI 8410 | ($20.63) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-02 WALGREENS #7060 MANHATTAN, KS MCI 8410 | ($20.16) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-04 KFC G135479 MANHATTAN, KS MCI 8410 | ($18.74) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 MCDONALD'S F2753 MANHATTAN, KS PPE 8410 | ($16.40) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 TRENDSI CITY OF INDUS, CA MCI 8410 | ($15.94) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 McDonalds 2753 MANHATTAN, KS MCI 8410 | ($11.49) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 PRETZELMAKER MANHATTAN, KS MCI 8410 | ($10.42) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 DOLLAR TREE MANHATTAN, KS MCI 8410 | ($9.55) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-04 KFC G135479 MANHATTAN, KS MCI 8410 | ($5.66) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 McDonalds 2753 MANHATTAN, KS MCI 8410 | ($2.40) | |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-03 WAL Wal-Mart Super 521 MANHATTAN, KS PPE 8410 | ($1.67) | |
| 6/5/2023 | REGULAR DEPOSIT | REGULAR DEPOSIT | | $693.99 |
| 6/5/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-M0S4N6G3K5M3 | | $736.69 |
| 6/5/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-Y9W9T4A7Y2S8 | | $684.52 |

Case 23-20604   Doc# 29   Filed 08/29/23   Page 15 of 24

| Date | Type | Description | Amount | |
|---|---|---|---|---|
| 6/5/2023 | POINT OF SALE CREDIT | REFUND 06-04 KFC G135479 MANHATTAN, KS MCI 8410 | | $5.77 |
| 6/2/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT R5ZOQO54L 18679750 | ($159.87) | |
| 6/2/2023 | ELECTRONIC DEBIT | TO XXXXXXXX0389 Internet Banking Transaction | ($500.00) | |
| 6/2/2023 | POINT OF SALE DEBIT | PURCHASE 06-01 TRENDSI CITY OF INDUS, CA MCI 8410 | ($29.54) | |
| 6/2/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-R3W5I9Z0K2T3 | | $83.20 |
| 6/2/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-M1E8G7P9M5P0 | | $644.95 |
| 6/1/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT RYHO73UFX 18604191 | ($286.16) | |
| 6/1/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT R2NXK3UJF 18639757 | ($118.88) | |
| 6/1/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT RJY7AED3R 18657159 | ($77.07) | |
| 6/1/2023 | ACH WITHDRAWAL | SHOPIFY CAPITAL Inside My Sister's Clo ACH DEBIT RMF5NSXDG 18622914 | ($68.03) | |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 HEIMISH FAIRE SAN FRANCISCO, CA MCI 8410 | ($783.08) | |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 WWW.EZENANA.COM LOS ANGELES, CA MCI 8410 | ($393.47) | |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 SQ *LIVE TAKEOVERS WIT gosq.com, CA MCI 8410 | ($254.96) | |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 Temu.com Boston, MA MCI 8410 | ($142.77) | |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 TRENDSI PALO ALTO, CA MCI 8410 | ($64.56) | |
| 6/1/2023 | ACH DEPOSIT | COMMENTSOLD RACHAEL BARGDILL ACH CREDIT CommentSol ST-E0G1B4X0P4L7 | | $135.84 |
| 6/1/2023 | ACH DEPOSIT | SHOPIFY RACHAEL BARGDILL ACH CREDIT TRANSFER ST-G7D0F5C9R0W5 | | $315.40 |

# Transaction History

## MSC - OPERATIONS - Checking

Available Balance
$799.67

Current Balance
$995.14

| | | | |
|---|---|---|---|
| **Customer** | 603311 | **Account** | ****0389 |
| **Last Deposit Date** | | | |
| 07/11/2023 | | | |
| **Last Deposit Amount** | $108.93 | **Last Statement Date** | 06/30/2023 |
| **Last Statement Balance** | $397.40 | | |

## You are currently viewing all transactions from 6/1/2023 to 6/30/2023

| Date | Type | Description | Debits | Credits |
|---|---|---|---|---|
| 6/30/2023 | SERVICE CHARGE | MAINTENANCE FEE | ($3.00) | |
| 6/30/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 HY-VEE F&F MANHATTAN 5 MANHATTAN, KS MCI 7814 | ($37.11) | |
| 6/30/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 PRETZELMAKER MANHATTAN, KS MCI 7814 | ($3.71) | |
| 6/30/2023 | IAT ACH DEPOSIT | HYPERWALLET SYST MY SISTERS CLOSET LLC ACH CREDIT MISC CRED | | $97.99 |
| 6/29/2023 | CHECK | Check - 2549, CHECK | ($148.85) | |
| 6/29/2023 | CHECK | Check - 2559, CHECK | ($80.68) | |
| 6/29/2023 | CHECK | Check - 2560, CHECK | ($67.22) | |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-28 FASHIONGO* JADEBYJANE LOS ANGELES, CA MCI 7814 | ($297.50) | |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 CASEYS #2713 WASHINGTON, KS MCI 7814 | ($48.02) | |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-28 SP MIABELLABOUTIQUE WATERVILLE, KS MCI 7814 | ($35.26) | |
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-29 MCDONALD'S F2753 MANHATTAN, KS PRE 7814 | ($17.72) | |

| | | | |
|---|---|---|---|
| 6/29/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 TACO BELL #259 MARYSVILLE, KS MCI 7814 | ($5.42) |
| 6/29/2023 | IAT ACH DEPOSIT | HYPERWALLET SYST MY SISTERS CLOSET LLC ACH CREDIT MISC CRED | $93.99 |
| 6/28/2023 | CHECK | Check - 2547, CHECK | ($95.41) |
| 6/28/2023 | CHECK | Check - 2536, CHECK | ($36.16) |
| 6/28/2023 | CHECK | Check - 2556, CHECK | ($33.48) |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 DOLLAR GENERAL #15452 BLUE RAPIDS, KS MCI 7814 | ($65.98) |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 BURGER KING #21514 Q07 MANHATTAN, KS MCI 7814 | ($39.79) |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 SONIC #2566 MANHATTAN, KS MCI 7814 | ($13.48) |
| 6/28/2023 | POINT OF SALE DEBIT | PURCHASE 06-27 GARDEN OF EDEN FLOWERS MARYSVILLE, KS MCI 7814 | ($5.43) |
| 6/27/2023 | CHECK | Check - 2546, CHECK | ($28.93) |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 HY-VEE MANHATTAN 1398 MANHATTAN, KS MCI 7814 | ($43.28) |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 AMZN Mktp US*DA7107UR3 Amzn.com/bill, WA MCI 7814 | ($15.66) |
| 6/27/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 AMZN Mktp US*TD0OZ8Y83 Amzn.com/bill, WA MCI 7814 | ($10.84) |
| 6/26/2023 | CHECK | Check - 2558, CHECK | ($561.01) |
| 6/26/2023 | CHECK | Check - 2540, CHECK | ($100.70) |
| 6/26/2023 | CHECK | Check - 2532, CHECK | ($47.10) |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-23 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($30.00) |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-23 TACO JOHNS 9987 MANHATTAN, KS MCI 7814 | ($12.01) |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 APPLE.COM/BILL 866-712-7753 , CA MCI 7814 | ($9.99) |
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-26 MCDONALD'S F2753 MANHATTAN, KS PPE 7814 | ($8.75) |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/26/2023 | POINT OF SALE DEBIT | PURCHASE 06-25 Prime Video *KC5WE4W93 888-802-3080 , WA MCI 7814 | ($5.99) |
| 6/26/2023 | IAT ACH DEPOSIT | HYPERWALLET SYST MY SISTERS CLOSET LLC ACH CREDIT MISC CRED | $67.98 |
| 6/26/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $1,500.00 |
| 6/23/2023 | ACH WITHDRAWAL | FB P-C INS FBM ACH DEBIT Payment FBMCOM034018248 | ($637.10) |
| 6/23/2023 | POINT OF SALE DEBIT | PURCHASE 06-22 SHOPIFY* 184776039 ELK GROVE VIL, IL MCI 7814 | ($480.74) |
| 6/23/2023 | POINT OF SALE DEBIT | PURCHASE 06-22 GOOGLE *Google Storage Mountain View, CA PUL 7814 | ($1.99) |
| 6/22/2023 | CHECK | Check - 2552, CHECK | ($188.76) |
| 6/22/2023 | CHECK | Check - 2551, CHECK | ($80.46) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 KLAVIYO INC. SOFTWARE BOSTON, MA MCI 7814 | ($175.00) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 SONIC DRIVE IN #2571 MARYSVILLE, KS MCI 7814 | ($33.54) |
| 6/22/2023 | POINT OF SALE DEBIT | PURCHASE 06-21 SP MIABELLABOUTIQUE WATERVILLE, KS MCI 7814 | ($10.32) |
| 6/22/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $1,500.00 |
| 6/21/2023 | CHECK | Check - 2543, CHECK | ($1,368.00) |
| 6/21/2023 | CHECK | Check - 2548, CHECK | ($479.90) |
| 6/21/2023 | CHECK | Check - 2553, CHECK | ($476.10) |
| 6/21/2023 | CHECK | Check - 2545, CHECK | ($434.15) |
| 6/21/2023 | CHECK | Check - 2544, CHECK | ($67.78) |
| 6/21/2023 | CHECK | Check - 2535, CHECK | ($57.11) |
| 6/21/2023 | CHECK | Check - 2012, CHECK | ($50.00) |
| 6/21/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX7402 Internet Banking Transaction | $3,000.00 |
| 6/20/2023 | CHECK | Check - 2550, CHECK | ($535.19) |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/20/2023 | CHECK | Check - 2542, CHECK | ($58.93) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-19 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($71.38) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($60.00) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-19 KANSAS FARM BUREAU MANHATTAN, KS MCI 7814 | ($51.00) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($46.35) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-19 AMZN Mktp US*4L7V33LE3 Amzn.com/bill, WA MCI 7814 | ($27.33) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 FREDDY'S 01-0003 MANHATTAN, KS MCI 7814 | ($23.61) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-16 BURGER KING #21514 Q07 MANHATTAN, KS MCI 7814 | ($17.39) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 Prime Video *ZD73B75E3 888-802-3080 , WA MCI 7814 | ($5.89) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-20 Prime Video *TK46440E3 888-802-3080 , WA MCI 7814 | ($3.79) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-19 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($3.26) |
| 6/20/2023 | POINT OF SALE DEBIT | PURCHASE 06-18 AMAZON PAYMENTS SEATTLE, WA PUL 7814 | ($2.44) |
| 6/20/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX7480 Internet Banking Transaction | $1,000.00 |
| 6/16/2023 | CHECK | Check - 2534, CHECK | ($386.35) |
| 6/16/2023 | CHECK | Check - 2526, CHECK | ($361.10) |
| 6/16/2023 | CHECK | Check - 2538, CHECK | ($164.46) |
| 6/16/2023 | ACH WITHDRAWAL | CAPITAL ONE BRANDON A BARGDILL ACH DEBIT ONLINE PMT 3RT1MGQRJDMY2GF | ($1,456.48) |
| 6/16/2023 | ACH WITHDRAWAL | FB P-C INS FBM ACH DEBIT Payment FBMCOM033945095 | ($119.08) |
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-15 MARKET 2 BOUTIQUE STEPHENVILLE , TX MCI 7814 | ($484.00) |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-14 BURGER KING #7061 Q07 TOPEKA, KS MCI 7814 | ($28.42) |
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-15 SONIC DRIVE IN #2571 MARYSVILLE, KS MCI 7814 | ($11.48) |
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-15 APPLE.COM/BILL 866-712-7753 , CA MCI 7814 | ($9.75) |
| 6/16/2023 | POINT OF SALE DEBIT | PURCHASE 06-15 APPLE.COM/BILL CUPERTINO, CA MCI 7814 | ($1.07) |
| 6/15/2023 | CHECK | Check - 2541, CHECK | ($81.02) |
| 6/15/2023 | POINT OF SALE DEBIT | PURCHASE 06-14 HY-VEE F&F MANHATTAN 5 MANHATTAN, KS MCI 7814 | ($33.25) |
| 6/15/2023 | POINT OF SALE DEBIT | PURCHASE 06-14 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($9.20) |
| 6/15/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $2,000.00 |
| 6/15/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $1,000.00 |
| 6/14/2023 | POINT OF SALE DEBIT | PURCHASE 06-13 SHOPIFY* 182684227 ELK GROVE VIL, IL MCI 7814 | ($255.18) |
| 6/14/2023 | POINT OF SALE DEBIT | PURCHASE 06-13 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($35.07) |
| 6/13/2023 | CHECK | Check - 2537, CHECK | ($476.10) |
| 6/13/2023 | CHECK | Check - 2527, CHECK | ($55.71) |
| 6/13/2023 | OVERDRAFT FEE | OVERDRAFT CHECK FEE | ($30.00) |
| 6/13/2023 | CHECK | Check - 2539, NSF-OD CHECK 2539 PAID | ($507.01) |
| 6/13/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $500.00 |
| 6/13/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $1,000.00 |
| 6/12/2023 | ELECTRONIC DEBIT | TO XXXXXXXX7480 Internet Banking Transaction | ($50.00) |
| 6/8/2023 | CHECK | Check - 2533, CHECK | ($81.02) |
| 6/8/2023 | CHECK | Check - 2528, CHECK | ($30.57) |

| Date | Type | Description | Amount |
|---|---|---|---|
| 6/8/2023 | CHECK | Check - 2519, CHECK | ($21.98) |
| 6/7/2023 | CHECK | Check - 2529, CHECK | ($482.03) |
| 6/7/2023 | CHECK | Check - 2530, CHECK | ($230.35) |
| 6/7/2023 | CHECK | Check - 2517, CHECK | ($25.89) |
| 6/7/2023 | ACH WITHDRAWAL | SHE PROFITS NOW MSC BOUTIQUE ACH DEBIT SALE | ($450.00) |
| 6/7/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $300.00 |
| 6/7/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $500.00 |
| 6/7/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $500.00 |
| 6/6/2023 | CHECK | Check - 2525, CHECK | ($227.00) |
| 6/6/2023 | OVERDRAFT FEE | OVERDRAFT CHECK FEE | ($30.00) |
| 6/6/2023 | CHECK | Check - 2531, NSF-OD CHECK 2531 PAID | ($525.10) |
| 6/6/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $500.00 |
| 6/5/2023 | CHECK | Check - 2516, CHECK | ($257.48) |
| 6/5/2023 | CHECK | Check - 2521, CHECK | ($205.25) |
| 6/5/2023 | ELECTRONIC DEBIT | TO XXXXXXXX7480 Internet Banking Transaction | ($300.00) |
| 6/5/2023 | POINT OF SALE DEBIT | PURCHASE 06-02 TACO JOHNS 9412 CONCORDIA, KS MCI 7814 | ($12.87) |
| 6/5/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $200.00 |
| 6/5/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $500.00 |
| 6/2/2023 | ELECTRONIC DEPOSIT CREDIT | FROM XXXXXXXX0370 Internet Banking Transaction | $500.00 |
| 6/1/2023 | CHECK | Check - 2523, CHECK | ($80.68) |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 SHOPIFY* 181910460 ELK GROVE VIL, IL MCI 7814 | ($487.67) |

| | | | |
|---|---|---|---|
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 THE COLLEC* (1 OF 1 PA PALMER, KS MCI 7814 | ($118.50) |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 COMMENTSOLD COMMISSION HUNTSVILLE, AL MCI 7814 | ($36.38) |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 ROUTE 77 CORNER STORE WATERVILLE, KS MCI 7814 | ($20.00) |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 MCDONALD'S F2753 MANHATTAN, KS PPE 7814 | ($13.26) |
| 6/1/2023 | POINT OF SALE DEBIT | PURCHASE 05-31 KLAVIYO INC. SOFTWARE BOSTON, MA MCI 7814 | ($10.00) |