# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**
My Sister's Closet LLC               Case Number: 23-20604
                                     Chapter : 11

                    Debtor(s)
_____

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
## REGARDING PLAN CONFIRMATION

Notice is hereby given that the **Debtor** has filed a **Chapter 11 Plan**, Dated August 29, 2023
A non-evidentiary hearing on confirmation of the Chapter 11 Plan will be held on **October 19, 2023** beginning at **1:46 P.M.** before the United States Bankruptcy Court, 500 State Avenue, Courtroom 144, Kansas City, Kansas, at which time the debtor(s) or its representative must personally appear.

May 31, 2023 is fixed as the date on which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Chapter 11 Plan.

All objections to the **Chapter 11 Plan** should be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 161, Kansas City, Kansas 66101 on or before **September 26, 2023** and served upon counsel for the Debtor.

**September 26, 2023** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan. All ballots must be received at the address listed on the ballot prior to 4:00 p.m. on that date to be counted.

On or before **September 13, 2023**, there should be mailed to all parties in interest, or parties required to receive notice by the Code, a copy of this Notice, the Chapter 11 Plan, and appropriate forms for the acceptance or rejection of the Plan. A certificate of service must be filed with the court no later than September 20, 2023, and a ballot summary no later than October 16, 2023.

Dated: August 30, 2023                s/ Dale L Somers
                                      Hon. Dale L Somers
                                      United States Bankruptcy Judge