# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re:   MY SISTER'S CLOSET LLC,                )   Case No. 23-20604-DLS
Debtor and Debtor-in-Possession                 )   Chapter 11 (Voluntary), Subchapter V

## DEBTOR'S EXPEDITED MOTION TO BORROW

**COMES NOW** My Sister's Closet LLC, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") through its undersigned counsel, and for this Motion to Borrow state that:

1.     On May 31, 2023, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.     The Debtor has filed its Chapter 11 Subchapter V Plan of Reorganization.

3.     The Debtor has received an objection to confirmation of said plan by the Office of the United States Trustee based on, among other thing, feasibility.

4.     Debtor is in the retail clothing business and needs sufficient inventory to produce the sales necessary to fund its plan.

5.     The Debtor uses a business called CommentSold as a platform for online sales.

6.     Debtor has received an offer from CommentSold to extend up to $13,000, with funding coming through Stripe, a well known payment processor within the industry.

7.     Rather than pay large up-front fees for the inventory and loan, the Debtor would pay a $2,171 flat fee and 25.30% of sales toward repayment of the debt.  The offer is valid only through October 21, 2023.

8.     The Debtor believes that this extra inventory boost, at its current profit margins, would provide an extra $500 per week in income and lead to the growth projected through the plan.

9.     Debtor believes this debtor-in-possession financing would be in the best interest of the Debtor, its employees, and its creditors.

**WHEREFORE**, the Debtor respectfully requests this Court's order approving borrowing up to $13,000 from CommentSold/Stripe at the conditions listed above, and for any other relief appropriate under the circumstances.  Debtor reserves the right to seek an expedited hearing on this motion to allow for a ruling in time to accept the offer if it receives court approval.

Dated: September 27, 2023          Respectfully submitted,
                                   WM Law


                                   s/ Ryan A. Blay
                                   Ryan A. Blay, MO #KS001066; KS #28110
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   Phone (913) 422-0909 / Fax (913) 428-8549
                                   blay@wagonergroup.com
                                   ATTORNEYS FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served on Wednesday, September 27, 2023 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

s/ Ryan A. Blay
Counsel for Debtor

Label Matrix for local noticing
1083-2
Case 23-20604
District of Kansas
Kansas City
Thu Jun  1 17:24:05 CDT 2023

My Sister's Closet LLC
331 E. Commercial St.
Waterville, KS 66548-8926

Brad Simonsson
100 Manhattan Town Center
CenterCal Properties LLC
Manhattan KS 66502-6001

Faire Wholesale, Inc.
300 California St Fl 7
San Francisco CA 94104-1415

Fora Financial Business Loans
1385 Broadway
15th Floor
New York NY 10018-6015

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Kansas Department of Revenue
915 SW Harrison
Topeka KS 66625-0002

Kansas Department of Revenue
PO Box 12005
Attn:  Civil Tax Enforcement
Topeka KS 66601-3005

(p)OFFICE OF THE UNITED STATES ATTORNEY
U S COURTHOUSE SUITE 290
444 SOUTHEAST QUINCY STREET
TOPEKA KS 66683-0002

Rachael Bargdill
331 E Commercial Street
Waterville KS 66548-8926

Shopify
151 O'Connor Street Ground Fl
Legal Dept, Ottawa, Ontario
Canada K2P 2L8

Syncb/Paypal
PO Box 965005
Orlando FL 32896-5005

Syncb/Paypal Credit Card
4125 Windward Plaza
Alpharetta GA 30005-8738

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UNITED STATES ATTORNEY'S OFFICE
500 STATE AVENUE SUITE 360
KANSAS CITY KS 66101-2400

US Small Business Administrati
10675 Bedford Ave
Ste. 100
District Counsel
Omaha NE 68134-3605

United States SBA
District Counsel
220 West Douglas Ave.
Ste. 450
Wichita KS 67202-3137

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JPMCB - Card Services
301 N Walnut St, Floor 09
Wilmington DE 19801-3935

(d)JPMCB Card
PO Box 15369
Wilmington DE 19850

Office of US Attorney
US Courthouse, Ste. 290
444 Southeast Quincy Street
Topeka KS 66683-3592

US Attorney
500 State Ave, Ste. 360
Robert Dole US Courthosue
Kansas City KS 66101

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17