**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DITRICT OF KANSAS – KANSAS CITY DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-20604-DLS |
| **MY SISTER'S CLOSET LLC** | ) | **Chapter 11 (voluntary)** |
| **Debtor and Debtor-In-Possession.** | ) | **Subchapter V** |

## INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to My Sister's Closet LLC, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $7345.00 and reimbursement of expenses in the amount of $80.93 for a total amount of $7425.93 incurred from June 1, 2023 through September 30, 2023, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully states as follows:

### BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on May 31, 2023 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On June 23, 2023, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #21).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $3,832 in trust and would seek to apply this first to any fees and expenses approved under this motion.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $7345 in attorney's fees and $80.93 in expenses for fees incurred from June 1, 2023 through September 30, 2023. A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

### VALUATION OF SERVICES

1

7.  Attorneys and paraprofessionals of WM Law have expended a total of 28.1 hours in connection with this matter from June 1, 2023 through September 30, 2023, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from June 1, 2023 through September 30, 2023, in the amount of $7345 in attorney's fees and $80.93 in expenses.

8.  In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.  No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.  The source of compensation sought is from the income and assets of the bankruptcy estate.

11.  The Debtor's Chapter 11, Subchapter V Plan of Reorganization was filed with this Court on August 29, 2023 as Docket #30 and First Amended Subchapter V Plan on September 1, 2023 (Docket #32).  The Debtor has since filed its Second Amended Subchapter V Plan (Doc. #43, October 5, 2023).

12.  The Debtor is current with Monthly Operating Reports through the report due for August 2023

13.  WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from June 1, 2023 through September 30, 2023, in the amount of $ in attorney's fees and $ in expenses in expenses for a total amount of $ attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $7,345.00 in attorney's fees and $80.93 in expenses in expenses for a total amount of $7,425.93 incurred from June 1, 2023 through September 30, 2023, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: October 9, 2023.  Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, MY SISTER'S CLOSET LLC

2

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **10/30/2023,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, on **11/16/2023 at 1:46 pm.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay

## **<mark>EXHIBIT: A</mark>**

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**My Sister's Closet**
331 E Commercial St
Waterville, KS 66548

| Invoice Date | Invoice Number |
|---|---|
| 07/02/2023 | 10092 |
| **Terms** | **Service Through** |
| | 06/30/2023 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 6.90 hrs |
| **Total Labor** | $2,000.00 |
| **Total Expenses** | $13.65 |
| **Total Invoice Amount** | $2,013.65 |
| **Previous Balance** | $0.00 |
| **Balance (Amount Due)** | **$2,013.65** |

**In Reference To: CH11**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2023 | Doug Sisson | Notarized Affidavit in Support of Motion to Employ, updated Objections Deadline Dates. Filed Motion, filed Notice of Obj. Deadline, and served. | 0.40 | $ 125.00/hr | $50.00 |
| 06/02/2023 | Ryan Blay | notated 341 meeting of creditors date, initial debtor interview and notice of status conference and advised client of each | 0.40 | $ 300.00/hr | $120.00 |
| 06/02/2023 | Ryan Blay | discussions with US Trustee regarding times for initial debtor interview and 341 meeting | 0.50 | $ 300.00/hr | $150.00 |
| 06/02/2023 | Ryan Blay | received and filed affidavit of no balance sheet, cash flow statement or statement of operations | 0.30 | $ 300.00/hr | $90.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2023 | Ryan Blay | correspondence with client to discover more information on lien/freeze on bank account | 0.30 | $ 300.00/hr | $90.00 |
| 06/06/2023 | Ryan Blay | correspondence to Flora Financial to seek release of liens on account | 0.40 | $ 300.00/hr | $120.00 |
| 06/10/2023 | Ryan Blay | e-mails with client regarding notices received - (a) order to show cause and (b) order to withhold taxes. preparation for Monday's Initial Debtor Interview | 0.40 | $ 300.00/hr | $120.00 |
| 06/12/2023 | Ryan Blay | initial debtor interview with the United States Trustee | 0.90 | $ 300.00/hr | $270.00 |
| 06/12/2023 | Ryan Blay | discussion with client after IDI and e-mails to Rob Messerli to attempt to arrange a conference call with SubV trustee | 0.50 | $ 300.00/hr | $150.00 |
| 06/14/2023 | Ryan Blay | correspondence with client regarding initial debtor interview document requests from US Trustee and requests for information from Subchapter V Trustee Rob Messerli | 0.60 | $ 300.00/hr | $180.00 |
| 06/19/2023 | Ryan Blay | correspondence with client regarding IDI documents | 0.80 | $ 300.00/hr | $240.00 |
| 06/30/2023 | Ryan Blay | preparation for today's 341 meeting of creditors including reminder to review petition paperwork and tax returns for meeting | 0.50 | $ 300.00/hr | $150.00 |
| 06/30/2023 | Ryan Blay | 341 meeting of creditor (by phone) | 0.90 | $ 300.00/hr | $270.00 |

**In Reference To: CH11**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 06/06/2023 | Doug Sisson | Cost of service of Application to Employ on 6/2/2023 | $13.65 |

| | |
|---|---|
| **Total Hours** | 6.90 hrs |
| **Total Labor** | $2,000.00 |
| **Total Expenses** | $13.65 |
| **Total Amount** | $2,013.65 |

Case 23-20604    Doc# 45    Filed 10/09/23    Page 6 of 14

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**My Sister's Closet**
331 E Commercial St
Waterville, KS 66548

| Invoice Date | Invoice Number |
|---|---|
| 08/02/2023 | 10098 |
| **Terms** | **Service Through** |
| | 07/31/2023 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 3.40 hrs |
| **Total Labor** | $967.50 |
| **Total Invoice Amount** | $967.50 |
| **Previous Balance** | $2,013.65 |
| **Balance (Amount Due)** | **$2,981.15** |

In Reference To: CH11

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/2023 | Ryan Blay | e-mails from Rachael regarding IRS letters | 0.50 | $ 300.00/hr | $150.00 |
| 07/13/2023 | Ryan Blay | subchapter V status conference with court | 0.50 | $ 300.00/hr | $150.00 |
| 07/13/2023 | Doug Sisson | Drafted and uploaded Order approving TTE's Status Report Dates (Doc. #23) | 0.30 | $ 125.00/hr | $37.50 |
| 07/13/2023 | Ryan Blay | call with Ms. Bargdill and subV trustee Rob Messerli | 1.00 | $ 300.00/hr | $300.00 |
| 07/17/2023 | Ryan Blay | correspondence about lease for new store | 0.30 | $ 300.00/hr | $90.00 |
| 07/31/2023 | Ryan Blay | review June P&Ls provided by Rachael | 0.80 | $ 300.00/hr | $240.00 |

|  |  |
|---|---|
| **Total Hours** | 3.40 hrs |
| **Total Labor** | $967.50 |
| **Total Amount** | $967.50 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**My Sister's Closet**
331 E Commercial St
Waterville, KS 66548

| Invoice Date | Invoice Number |
|---|---|
| 09/05/2023 | 10106 |
| **Terms** | **Service Through** |
| | 08/31/2023 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 7.30 hrs |
| **Total Labor** | $2,085.00 |
| **Total Invoice Amount** | $2,085.00 |
| **Previous Balance** | $2,981.15 |
| **Balance (Amount Due)** | **$5,066.15** |

**In Reference To: CH11**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2023 | Ryan Blay | call with Rachael Bargdill regarding June sales and profit & loss, bank statements, and need for new inventory | 0.80 | $ 300.00/hr | $240.00 |
| 08/08/2023 | Ryan Blay | drafted June MOR for client review and completion and e-mailed with questions and documents needed in support | 0.50 | $ 300.00/hr | $150.00 |
| 08/17/2023 | Ryan Blay | draft Chapter 11 plan for review | 3.00 | $ 300.00/hr | $900.00 |
| 08/21/2023 | Ryan Blay | call with Subchapter V Trustee Rob Messerli and client regarding plan and operating report | 1.50 | $ 300.00/hr | $450.00 |
| 08/29/2023 | Ryan Blay | reviewed plan and exhibits for accuracy and completeness prior to filing | 0.50 | $ 300.00/hr | $150.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/2023 | Doug Sisson | Combined docs and filed MOR for 2023-6. Compiled docs for Plan exhibits and filed initial Plan. NOT SERVED. | 0.60 | $ 125.00/hr | $75.00 |
| 08/31/2023 | Ryan Blay | emails with Rob Messerli and client regarding cash flow analysis in plan and feasibility concerns | 0.40 | $ 300.00/hr | $120.00 |

|  | **Total Hours** | 7.30 hrs |
|---|---|---|
|  | **Total Labor** | $2,085.00 |
|  | **Total Amount** | $2,085.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**My Sister's Closet**
331 E Commercial St
Waterville, KS 66548

| Invoice Date | Invoice Number |
|---|---|
| 10/05/2023 | 10108 |
| **Terms** | **Service Through** |
| | 09/30/2023 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 10.50 hrs |
| **Total Labor** | $2,292.50 |
| **Total Expenses** | $67.28 |
| **Total Invoice Amount** | $2,359.78 |
| **Previous Balance** | $5,066.15 |
| **Balance (Amount Due)** | **$7,425.93** |

**In Reference To: CH11**

### Labor

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2023 | Ryan Blay | call to Kansas Department of Labor regarding letter received; fax notice of Chapter 11 case to KDOL to have them file proof of claim | 0.50 | $ 300.00/hr | $150.00 |
| 09/01/2023 | Ryan Blay | called Rachael Bargdill and revised cash flow projections in first amended plan to supersede previous plan filed | 1.50 | $ 300.00/hr | $450.00 |
| 09/08/2023 | Doug Sisson | Began building ballots summary for balloting. | 0.80 | $ 125.00/hr | $100.00 |
| 09/13/2023 | Doug Sisson | Completed ballot summary, drafted and served ballots. Drafted and filed COS re 1st Amd Plan, Notice to Creditors, and Ballots. Emailed respective parties ballots who listed emails. | 2.90 | $ 125.00/hr | $362.50 |
| 09/15/2023 | Ryan Blay | email request july and august bank statements for monthly operating reports | 0.30 | $ 300.00/hr | $90.00 |
| 09/20/2023 | Ryan Blay | check-in with client on status of bank statements/operating reports for july and august | 0.30 | $ 300.00/hr | $90.00 |

| 09/26/2023 | Ryan Blay | drafted july and august operating reports, then e-mailed Rachael for totals to confirm gross revenues and gross expenses to ensure accuracy | 1.50 | $ 300.00/hr | $450.00 |
|---|---|---|---|---|---|
| 09/26/2023 | Ryan Blay | drafted motion to borrow | 0.50 | $ 300.00/hr | $150.00 |
| 09/27/2023 | Doug Sisson | Drafted Motion to Expedite Hearing on Motion to Borrow; Drafted Order on said Motion. Filed Motion to Borrow and Motion for Immediate Hearing, and served. Drafted Certificate of Service for forthcoming expedited Order. | 1.20 | $ 125.00/hr | $150.00 |
| 09/29/2023 | Ryan Blay | call with Rachael Bargdill and Sub V Trustee Rob Messerli | 1.00 | $ 300.00/hr | $300.00 |

**In Reference To: CH11**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 09/13/2023 | Doug Sisson | Cost of service of Plan and Notice to creditors | $52.20 |
| 09/13/2023 | Doug Sisson | Cost of service of ballots | $5.04 |
| 09/27/2023 | Doug Sisson | Cost of service of Motion to Borrow and Motion to Expedite | $10.04 |

| | |
|---|---|
| **Total Hours** | 10.50 hrs |
| **Total Labor** | $2,292.50 |
| **Total Expenses** | $67.28 |
| **Total Amount** | $2,359.78 |

Case 23-20604    Doc# 45    Filed 10/09/23    Page 12 of 14

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

  The Debtor has filed its Subchapter V Chapter 11 Plan and will seek confirmation of the Plan.  The Debtor is working on July-September 2023 monthly operating reports.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 15 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 28.7 hours of time, from June 1, 2023 through September 30, 2023, working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 11 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 6.4 hours of billable time from June 1, 2023 through September 30, 2023