**SO ORDERED.**

**SIGNED this 10th day of October, 2023.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | MY SISTER'S CLOSET LLC, | ) | Case No. 23-20604-DLS |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING, DOC. #44

On **10/9/2023,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 44,** the Motion to Continue the Plan Confirmation Hearing (the "Motion"). The Court finds that the Motion, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is granted hereby continuing the Confirmation Hearing on Debtor's most recent Plan to be held before the U.S. Bankruptcy Court, 500 State Avenue, **Room 144**, Kansas City, Kansas 66101, on **11/16/2023 at 1:46 pm.**

**IT IS FURTHER ORDERED** that the Debtor is to serve a copy of this Order on all parties upon the Court's entry of the same.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION

In re:

My Sister's Closet LLC

     Debtor

Case No. 23-20604-DLS

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1083-2

Date Rcvd: Oct 12, 2023

User: admin

Form ID: pdf020

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

**Recip ID**     **Recipient Name and Address**
db       + My Sister's Closet LLC, 331 E. Commercial St., Waterville, KS 66548-8926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

**Name**         **Email Address**

John Nemecek
    on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman
    on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Richard A Kear
    on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Robbin L Messerli
    rob.messerli@gunrockvp.com  RMesserli@ecf.axosfs.com

Ryan A Blay
    on behalf of Debtor My Sister's Closet LLC blay@wagonergroup.com
    bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

District/off: 1083-2

Date Rcvd: Oct 12, 2023

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6