**SO ORDERED.**

**SIGNED this 7th day of November, 2023.**



_____

Dale L. Somers
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: My Sister's Closet LLC | ) | CASE NO. 23-20604-DLS11 |
| Debtor | ) | CHAPTER 11 (Voluntary), Subchapter V |

## ORDER GRANTING INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023, DOC. #45

On **10/9/2023,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 45,** the Initial Fee Application as Counsel for the Debtor (the "Application"). The Court finds that the Application, having been noticed with an opportunity for hearing, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is GRANTED hereby ordering and approving payment of legal fees totaling $7,345.00 and expenses of $80.93 for a total amount of $7425.93 to WM Law from the Debtor, including, but not limited to funds held in trust.

**IT IS SO ORDRED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION