**SO ORDERED.**

**SIGNED this 7th day of February, 2024.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

My Sister's Closet LLC,

Case No. 23-20604-11

Debtor.

## Order on Third Amended Plan

On the request of Debtor and the U.S. Trustee, the Court held a conference in this case on February 6, 2024, to consider the U.S. Trustee's objection to confirmation of Debtor's third amended plan.[1] At that conference, the parties reported Debtor had resolved the U.S. Trustee's concerns regarding feasibility and had new cash flow projections to support

---

[1] Doc. 60 (Debtor's third amended plan), Doc. 62 (U.S. Trustee objection to confirmation).

confirmation of her third amended plan, consisting of updated income and expense calculations. The Court orders as follows:

- Debtor should file a Supplement in support of the third amended plan, showing the updated cash flow projections.

- The Supplement should be noticed to creditors, and a Certificate of Service should be filed showing that service.

- Debtor should also upload a Rule 3019(a) Statement for the Court's signature, indicating the updated cash flow projections do not adversely change the treatment of any claims, such that the third amended plan should be deemed accepted by all creditors and equity security holders who previously accepted the plan.[2]

The third amended plan remains scheduled for a confirmation hearing on March 14, 2024, at 1:46 p.m. Debtor's principal should appear and provide testimony in support of confirmation of that plan; details on appearance will be provided at a later date.

**It is so Ordered.**

###

---

[2] *See* Federal Rule Bankr. P. 3019(a).

2