**SO ORDERED.**

**SIGNED this 7th day of February, 2024.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:

My Sister's Closet LLC,

          Debtor.

Case No. 23-20604-11

## Order on Third Amended Plan

On the request of Debtor and the U.S. Trustee, the Court held a

conference in this case on February 6, 2024, to consider the U.S. Trustee's

objection to confirmation of Debtor's third amended plan.[1] At that conference,

the parties reported Debtor had resolved the U.S. Trustee's concerns

regarding feasibility and had new cash flow projections to support

---

[1] Doc. 60 (Debtor's third amended plan), Doc. 62 (U.S. Trustee objection to confirmation).

confirmation of her third amended plan, consisting of updated income and expense calculations. The Court orders as follows:

- Debtor should file a Supplement in support of the third amended plan, showing the updated cash flow projections.

- The Supplement should be noticed to creditors, and a Certificate of Service should be filed showing that service.

- Debtor should also upload a Rule 3019(a) Statement for the Court's signature, indicating the updated cash flow projections do not adversely change the treatment of any claims, such that the third amended plan should be deemed accepted by all creditors and equity security holders who previously accepted the plan.[2]

The third amended plan remains scheduled for a confirmation hearing on March 14, 2024, at 1:46 p.m. Debtor's principal should appear and provide testimony in support of confirmation of that plan; details on appearance will be provided at a later date.

**It is so Ordered.**

### #

---

[2] *See* Federal Rule Bankr. P. 3019(a).

2

In re:                                                          Case No. 23-20604-DLS

My Sister's Closet LLC                                          Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                    User: admin                              Page 1 of 2

Date Rcvd: Feb 07, 2024                 Form ID: pdf020                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

**Recip ID          Recipient Name and Address**
db                 +  My Sister's Closet LLC, 331 E. Commercial St., Waterville, KS 66548-8926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

**Name**                  **Email Address**

John Nemecek
                          on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman
                          on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Richard A Kear
                          on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Robbin L Messerli
                          rob.messerli@gunrockvp.com RMesserli@ecf.axosfs.com

Ryan A Blay
                          on behalf of Debtor My Sister's Closet LLC blay@wagonergroup.com
                          bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6