**SO ORDERED.**

**SIGNED this 25th day of September, 2024.**

Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MY SISTER'S CLOSET LLC,

Debtor(s) Case No. 23-20604-11-DLS

ORDER TO SHOW CAUSE

This proceeding is before the Court ***sua sponte***. This instant case was confirmed on March 20, 2024. In review of the court file, there has been no Notice of Substantial Consummation filed in this case.

**IT IS THEREFORE ORDERED** that **Ryan A. Blay, attorney for debtor,** appear and show cause why the Notice of Substantial Consummation has not been filed in this case.

Said hearing will be held by **TELEPHONE** on **October 10, 2024 at 1:46 p.m..**

###