**SO ORDERED.**

**SIGNED this 25th day of September, 2024.**

Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MY SISTER'S CLOSET LLC,

Debtor(s) Case No. 23-20604-11-DLS

ORDER TO SHOW CAUSE

This proceeding is before the Court ***sua sponte***. This instant case was confirmed on March 20, 2024. In review of the court file, there has been no final report or report of no distribution and request to be discharged as Sub V Trustee filed in this case.

**IT IS THEREFORE ORDERED** that **Robbin L. Messerli, Subchapter V Trustee,** appear and show cause why the final report or report of no distribution and request to be discharged as Sub V Trustee has not been filed in this case.

Said hearing will be held by **TELEPHONE** on **October 10, 2024 at 1:46 p.m..**

###