U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
10/10/2024
Hon. Dale L. Somers, Presiding

01:46 PM

---

Case Information:
23-20604 My Sister's Closet LLC Chapter: 11

Judge: DLS Filed: 05/31/2023 Pln Confirmed: 03/20/2024

---

Appearances – Telephonic:
X Ryan A Blay representing My Sister's Closet LLC (Debtor)
X Robbin L Messerli (Trustee)
X John Nemecek representing U.S. Trustee

---

**Issue#1:** [87] Order to Appear and Show Cause why Notice of Substantial Consummation not filed. Party to Appear: Ryan A Blay Signed on 9/25/2024 Show Cause hearing to be held on 10/10/2024 at 01:46 PM by TELEPHONE.

[89] Notice of Substantial Consummation of Chapter 11 Plan, with Certificate of Service. Filed by Ryan A Blay on behalf of My Sister's Closet LLC . (Blay, Ryan) (Entered: 09/27/2024)

**Issue#2:** [88] Order to Appear and Show Cause why the final report or report of no distribution and request to be discharged as Sub V Trustee has not been filed.. Party to Appear: Robbin L Messerli Signed on 9/25/2024 Show Cause hearing to be held on 10/10/2024 at 01:46 PM by TELEPHONE.

---

**Notes/Decision:**

Mr. Blay has complied and therefore has shown cause. Mr. Messerli sent a message which the court believes to be correct and has shown cause. The court is having this issue researched so direction can be given on how these cases should be concluded when they are over.

Mr. Nemecek states after talking with Mr. Blay and Mr. Messerli, they believe this case was improperly marked as non-consensual, when it is actually was consensual. The parties will submit an agreed amended order confirming the plan from non-consensual to consensual.

The court states this matter is resolved pursuant to the terms of an Agreed Order to be submitted.

---

Courtroom Deputy: Joanie Cook
ECRO Reporter: Cindy Merrick