# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1083−2 | User: admin | Date Created: 10/16/2024 |
| Case: 23−20604 | Form ID: pdf020 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Robbin L Messerli | rob.messerli@gunrockvp.com |
| aty | Robbin L Messerli | rob.messerli@gunrockvp.com |

TOTAL: 2